# United States District Court
## *Southern District of Georgia*

MICHAEL SIMPSON

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV514-64

BUREAU OF PRISONS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 15th day of December 2014, adopting the

Report and Recommendation of the Magistrate Judge, judgment is hereby entered dismissing,

without prejudice, the Petition for writ of habeas corpus. This case stands closed.

Approved by: _____

Date  December 15, 2014

Scott L. Poff
*Clerk*

s/Candy Asbell
*(By) Deputy Clerk*